IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREENLIGHT FINANCIAL TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN NICHOLS,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:21-CV-2414-SCJ |

ORDER

On June 11, 2021, Defendant removed this action from the Superior Court of Fulton County. Doc. No. [1].[1] In the State Court Complaint, Plaintiff asserts the following causes of action: (1) misappropriation of trade secrets under Georgia Trade Secrets Act, (2) temporary restraining order, (3) Preliminary and Permanent Injunction, and (4) Attorney's Fees. Doc. No. [1-1], 3–17. On June 10, 2021, the Superior Court of Fulton County entered an Interlocutory Injunction

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

(the "Injunction") prohibiting Defendant from working for his current employer, Step Mobile, Inc. and "any other direct competitor of Greenlight . . . ." Doc. No. [1-1], 66.

On June 14, 2021, Defendant filed a Motion to Dismiss for lack of personal jurisdiction and failure to state a claim, Doc. No. [5], and an Emergency Motion for relief from preliminary injunction, Doc. No. [6]. Pursuant to this Court's standing order, counsel for Plaintiff contacted the Court to request expedited consideration of these motions.

The Court **GRANTS** Plaintiff's request for expedited consideration of both pending motions (Doc. Nos. [5]; [6]). Plaintiff is hereby **ORDERED** to file response briefs to Defendant's Motion to Dismiss for lack of personal jurisdiction and failure to state a claim, Doc. No. [5], and Emergency Motion for relief from preliminary injunction, Doc. No. [6] by **5:00PM on TUESDAY, JUNE 22**. Defendant is **ORDERED** to file its reply briefs in support of both motions by **5:00PM on FRIDAY, JUNE 25**.

IT IS SO ORDERED this _15th_ day of June, 2021.

*/s/ Steve C. Jones*

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE